ROCHESTER TRUST AND SAFE DEPOSIT COMPANY, Appellant, *v.* RODNEY S. HATCH et al., Respondents.

Argued January 5, 1937; decided January 19, 1937.

508

*C. Vincent Wiser* and *John G. Shaw* for appellant.

*James M. O'Reilly* and *Raymond Bentley* for respondents.

Orders reversed, with costs in all courts, and motion granted to the extent of striking out the defenses pleaded to the separate causes of action for interest and taxes only on the authority of *Johnson* v. *Meyer* (242 App. Div. 798; affd., 268 N. Y. 701). Question certified answered in the affirmative. No opinion. (See 273 N. Y. 581.)

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: LEHMAN and FINCH, JJ.